1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PIERSON, individually and as the Successor-In-Interest to the Estate of Katie Pierson; COURTNEY PIERSON, individually, <br><br> Plaintiff, <br><br> v. <br><br> M.B. STURGIS, INC., a corporation; ENERCO GROUP, INC., a corporation; COLOMA FOOD INC., a corporation; WORTHINGTON INDUSTRIES, INC., a corporation; GRAND GAS EQUIPMENT INC., a foreign corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 1:23-cv-01778-JLT-EPG <br><br> **AMENDED SCHEDULING CONFERENCE ORDER** <br><br> Expert Disclosures: 10/25/2024 <br><br> Rebuttal Expert Disclosure: 12/6/2024 <br><br> Expert Discovery Cutoff:  1/31/2025 <br><br> Dispositive Motion Filing Deadline: 3/14/25 <br><br> Settlement Conference Deadline with Private Mediator: 4/11/2025 <br><br> Pretrial Conference: 7/14/25 at 1:30 p.m. in Courtroom 4 <br><br> Jury Trial: 9/23/25 at 8:30 a.m. in Courtroom 4 <br><br> District Judge: Jennifer L. Thurston <br> Magistrate Judge: Erica P. Grosjean |

This Court, having reviewed the Parties Stipulation Re Amended Scheduling Order, and finding good cause therein,

1

1    **IT IS SO ORDERED** that all dates shall be continued, as follows:

2        a.    Expert Disclosures: October 25, 2024

3        b.    Rebuttal Expert Disclosure: December 6, 2024

4        c.    Expert Discovery Cutoff: January 31, 2025

5        d.    Dispositive Motion Filing Deadline: March 14, 2025

6        e.    Settlement Conference Deadline with Private Mediator: April 11, 2025

7        f.    Pretrial Conference: July 14, 2025, at 1:30 p.m. in Courtroom 4

8        g.    Jury Trial: September 23, 2025, at 8:30 a.m. in Courtroom 4

10   IT IS SO ORDERED.

Dated: **September 23, 2024**          /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE